BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: 559-497-4000

Attorneys for Plaintiff
  United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-cr-00317-AWI |
| Plaintiff, | STIPULATION AND AGREEMENT TO CONTINUE MOTION FILING DEADLINES AND HEARING; **ORDER** |
| v. | |
| TODD DOUGLAS UDALL, | DATE: August 20, 2012 |
| Defendant. | TIME: 10:00 a.m. Honorable Anthony W. Ishii |

The United States of America, by and through Assistant United States Attorneys Brian W. Enos and Jeremy R. Jehangiri, and Defendant Todd Douglas Udall, by and through his counsel, Charles Frederick Magill, submit this stipulation for the Court's consideration.

IT IS STIPULATED AND AGREED:

1.  The parties request that the motion to dismiss hearing date in this case be continued from July 16, 2012, to <u>August 20, 2012, at 10:00 a.m.</u>

2.  The parties further agree that the response to Defendant's motion to dismiss shall be filed on or before August 6, 2012, and that

1

1  any reply shall be filed on or before August 13, 2012.

2      3.  The parties stipulate that the time resulting from this pre-
3  trial motion should be excluded from the calculation of time under the
4  Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D).

5      4.  The parties stipulate that good cause exists because counsel
6  for the United States, Brian W. Enose, recently assumed the prosecution
7  of this case.  Assistant United States Attorney Jeremy R. Jehangiri is
8  in the midst of transferring to another component in the Department of
9  Justice and this case will no longer be prosecuted by him.  The parties
10 thereby agree to this continuance so that AUSA Enos can familiarize
11 himself with this case and for continuity of counsel, pursuant to 18
12 U.S.C. § 3161(h)(7)(B)(iv).

13     5.  The parties are also engaged in extensive plea negotiations,
14 and this case may be resolved without a motion to dismiss hearing and
15 a trial.  The parties stipulate that further discussions relating to a
16 plea agreement and additional time to engage in such plea negotiations
17 would allow for effective representation, taking into account the
18 exercise of due diligence, and for efficient use of the Court's time and
19 resources.  The parties stipulate that a continuance of this motion and
20 related filing dates would permit counsel for the parties to make all
21 reasonable efforts to resolve this case prior to the motion to dismiss
22 hearing.

23     6.  The parties stipulate that the ends of justice are served by
24 the Court excluding such time, so that counsel for the United States and
25 the defendant may have reasonable time necessary for effective
26 preparation, taking into account the exercise of due diligence.  18
27 U.S.C. § 3161(h)(7)(B)(iv).

28     7.  The parties stipulate and agree that the interests of justice

served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8. Defendant and his counsel have no objection to this continuance.

SO STIPULATED AND AGREED.

Dated: June 12, 2012   /s/ *Jeremy Jehangiri*
                       Jeremy R. Jehangiri
                       Assistant United States Attorney

Dated: June 12, 2012    /s/ *Charles Magill* (as authorized)
                       Charles Frederick Magill
                       Attorney for Defendant
                       Todd Douglas Udall

**ORDER**

IT IS SO ORDERED, with time excluded for the above-stated reasons.

IT IS SO ORDERED.

Dated:     June 12, 2012            _____
                                    CHIEF UNITED STATES DISTRICT JUDGE

3