```
BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-10-00317 AWI |
| ) Plaintiff, ) | PROTECTIVE ORDER CONCERNING DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY |
| v. ) | |
| TODD UDALL, ) | Honorable Anthony W. Ishii |
| Defendant. ) | |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1.  The Clovis Police Department shall make a duplicate copy of the hard drive(s) and any attendant storage media available for defense analysis.

2.  The duplicate copy of the digital evidence shall be made available for defense counsel, Francine Zepeda, and defendant's proposed expert, Marcus Lawson or a colleague at the same employer (Global CompuSearch), to review at the Sacramento, California ICE for the purpose of preparing for the defense of the above-entitled action. The digital evidence shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

1     3.   A private room will be provided for the defense
2  examination.
3     4.   The expert will be permitted to bring whatever equipment,
4  books, or records he or she believes necessary to conduct the
5  examination;
6     5.   Neither the defense expert nor defense attorney shall
7  remove the hard drive or other storage media from the ICE office.
8     6.   With the exception of materials which would be considered
9  child pornography under federal law (including visual depictions
10 and data capable of conversion into a visual depiction), the expert
11 may download and remove files or portions of files, provided the
12 forensic integrity of the hard drive is not altered.  The expert
13 will certify in writing (using the attached certification), that he
14 has taken no materials which would be considered child pornography,
15 or data capable of being converted into child pornography, (under
16 federal law) and that he has not caused any child pornography to be
17 sent from the ICE premises by any means including any electronic
18 transfer of files.
19    7.   Except when a defense expert fails to provide this
20 certification, no government agent, or any person connected with
21 the government, will examine or acquire in any fashion any of the
22 items used by the expert in order to conduct the defense analysis.
23 Should a defense expert fail to certify that the expert has not
24 copied or removed child pornography, or data capable of being
25 converted into child pornography, government agents may then
26 inspect or examine the materials in order to ensure that prohibited
27 child pornography has not been removed.
28    8.   When the defense indicates that it is finished with its

2

review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED.

Dated:   July 3, 2013

SENIOR DISTRICT JUDGE