CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:  559-226-1534
FAX:  559-412-3536
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:110-cr-00317 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO VACATE TRIAL DATE AND TO SET FURTHER STATUS CONFERENCE. |
| TODD DOUGLAS UDALL, | ) |
| Defendant. | ) |

    Defendant Todd Udall, by and through his attorney of record, Carl M. Faller, and plaintiff United States of America, by and through its attorney of record, Benjamin B. Wagner, United States Attorney, and David Gappa, Assistant U.S. Attorney, hereby agree and stipulate as follows:

    This matter is currently set for trial confirmation on December 16, 2013 at 10:00 am. Trial is currently set for January 28, 2014 at 10:00 am.  The parties hereby stipulate and agree that the current court dates be vacated and that the matter be set for further status conference on January 13, 2014 at 1:00 pm to set dates for further proceedings.  The reason for this request is that counsel was appointed to the case after the departure of previous counsel Francine Zepeda, and requires further time to adequately investigate and prepare the matter and to evaluate an outstanding plea offer from the government.

    It is further stipulated that the time between December 16, 2013 and January 13, 2014 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections

3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for further investigation and preparation and evaluation of plea offer.

Based on the above, it is respectfully requested that the current dates be vacated and that the matter be set for a status conference as described above.

Dated:  December 11, 2013                    /s/Carl M. Faller
                                             CARL M. FALLER
                                             Attorney for Defendant

                                             BENJAMIN B. WAGNER
                                             United States Attorney

Dated:  December 11, 2013            By   /s/David Gappa
                                             DAVID GAPPA
                                             Assistant U.S. Attorney
                                             Attorney for United States of America

ORDER:

IT IS ORDERED that the current trial date and trial confirmation date be vacated and that this matter be set for further status conference on January 13, 2014 at 1:00 pm., for further scheduling.

It is further ordered that the time between December 16, 2013 and January 13, 2014 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for further investigation and preparation and plea negotiations.

IT IS SO ORDERED.

Dated:   December 13, 2013              _____
                                        SENIOR  DISTRICT  JUDGE