CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Phone: 559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant
TODD UDALL

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>TODD UDALL,<br><br>            Defendant. | Case No.: 1:10-CR-00317-AWI-BAM<br><br>STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING<br><br>Date:  November 17, 2014<br>Time:  8:30 am<br>Honorable Anthony W. Ishii |

The parties hereto agree and stipulate as follows:

This matter is currently set for trial confirmation on November 17, 2014 at 10:00 am., and for trial on December 16, 2014.  The government has recently filed a superseding indictment which may very well affect the admissibility of evidence for which the government has given notice under Federal Rule of Evidence 404(b).  In addition, defense counsel has a family medical procedure that is scheduled for the current trial confirmation date.

 It is respectfully requested that the trial confirmation hearing be continued to December 1, 2014 to allow time for defense counsel to consider the implications of the superseding indictment.  If defense counsel wishes to file any motions in limine, he shall do so on or before November 17, 2014, with the government to file any response on or before November 24, 2014.  The hearing shall take place at the trial confirmation on December 1, 2014.

Dated:  November 10, 2014                         /s/ Carl M. Faller
                                                  CARL M. FALLER
                                                  Attorney for Defendant

BENJAMIN B. WAGNER
United States Attorney

Dated:  November 10, 2014

 /s/David Gappa
DAVID GAPPA
Assistant U.S. Attorney
Attorney for United States of America

## ORDER

IT IS HEREBY ORDERED that the trial confirmation hearing in this matter be continued to December 1, 2014 to allow time for defense counsel to consider the implications of the superseding indictment.  If defense counsel wishes to file any motions in limine, he shall do so on or before November 17, 2014, with the government to file any response on or before November 24, 2014.  The hearing shall take place at the trial confirmation on December 1, 2014.

IT IS SO ORDERED.

Dated:   November 12, 2014

_____
SENIOR  DISTRICT  JUDGE