# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721


FILED
DEC 19 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
       DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:**   1:10-cr-00317-AWI-BAM

**CASE NAME:**   USA vs Udall

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, reference or admitted the exhibit at trial**.  The exhibits shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.  Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: December 19, 2014

_____
ANTHONY W. ISHII
Senior United States District Judge


**DATE EXHIBITS RETURNED:**   **December 19, 2014**

**Govt Attorney:** _____


This document certifies that the above referenced exhibits were returned.


Date:   **December 19, 2014**

_____
**RENEE GAUMNITZ**
**Courtroom Clerk**